**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| Plaintiff, | ) | **MOTION FOR RECONSIDERATION** |
| | ) | **TO REDUCE OR MODIFY SENTENCE** |
| vs. | ) | |
| | ) | |
| Robert F. Lippman, | ) | Case No. C4-02-082 |
| | ) | |
| Defendant. | ) | |

On April 22, 2003, a jury found the defendant, Robert F. Lippman, guilty on a one-count Indictment of the offense of possession of a firearm by a person subject to a court order. See Docket No. 38. On September 8, 2003, he was sentenced to term of imprisonment of eight (8) months, and upon release, Lippman was ordered to be placed on supervised release for a term of two (2) years. See Docket No. 48. Lippman is presently residing in Lakewood, Colorado, under the supervision of Federal Probation and Parole Officer Mike Wilson.

On October 25, 2005, the Court received correspondence from Lippman requesting a reduction or modification of his sentence, as well as four attached letters in support of his request. See Docket No. 64. Lippman seeks termination of his supervised release due to health concerns. The Government does not oppose early termination. See Docket No. 65. On November 7, 2005, after considering Lippman's request and the accompanying letters, the Court found that a modification or reduction of Lippman's sentence was unwarranted under the circumstances.

On January 24, 2005, Lippman filed a letter request for reconsideration along with an attached letter/affidavit from his wife, Barbara G. Fairchild Lippman. Both Lippman and his wife are experiencing a multitude of serious medical problems which have resulted in additional stress and disability, and the continuation of supervision imposes a severe hardship. As previously noted,

the Government does not oppose the early termination of supervised release in this case. Lippman has approximately four months of supervised release remaining.

In the interests of justice and upon careful reconsideration, the Court **GRANTS** the Defendant's Motion for Reconsideration to Reduce or Modify Sentence. The defendant, Robert F. Lippman, is granted total relief from placement on supervised release, and the previously-imposed term of supervised release of two years is reduced to time served to date.

**IT IS SO ORDERED**.

Dated this 26th day of January, 2006.

_____
Daniel L. Hovland, Chief Judge
United States District Court